# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-3367
_____

JAMAL WODFORD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jamal Wodford, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.